**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RONNY JOE SLAYTON                                                                                      PLAINTIFF

v.                                                         4:12-cv-00475-JTK

CAPTAIN BAILEY, et al.                                                                              DEFENDANTS

**ORDER**

Plaintiff Ronny Slayton originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the Grimes Unit of the Arkansas Department of Correction (ADC) (Doc. No. 2). His Motion to Proceed in this action in forma pauperis was granted by Order dated August 15, 2012 (Doc. No. 3). However, Slayton has notified the Court of a change in his address which reflects his release from incarceration (Doc. No. 12). Therefore, in order to continue the prosecution of this action, Slayton must file an updated Motion to Proceed in forma pauperis. In addition, he must file a Response to Defendant's Motion for Judgment on the Pleadings (Doc. No. 10). Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Slayton shall file an updated Motion to Proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of Plaintiff's Complaint. See Local Rule 5.5(c)(2). The Clerk is hereby directed to forward an in forma pauperis application to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff shall file a Response to Defendant Bailey's Motion for Judgment on the Pleadings (Doc. No. 10) within fifteen days of the date of this Order.

IT IS SO ORDERED this 28th day of November, 2012.

                                              _____
                                              JEROME T. KEARNEY
                                              UNITED STATES MAGISTRATE JUDGE