
**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RONNIE JOE SLAYTON PLAINTIFF

v. 4:12-cv-00475-JTK

CAPTAIN BAILEY, et al. DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of January, 2013.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE